## United States District Court
### Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WYNP | 9114656 | Rupel | 1349 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/27/2019 1754
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.12
Place of Offense: Grand Loop Rd. / Floating Island Lake
Offense Description: Factual Basis for Charge — Fail to Comply w/ Traffic Control Device - Double Yellow Lines
HAZMAT ☐

**DEFENDANT INFORMATION**
Last Name: Tang
First Name: Hao

Tag No: F804RN   State: UT   Year: [blank]   Make/Model: Infinity   PASS ☐   Color: Blu

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

halt@princeton.edu

$ 60   Forfeiture Amount
+ $30 Processing Fee
$ 90.00   Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: [blank]   Date: [blank]   Time: [blank]

X Defendant Signature: [signed]

Original - CVB Copy

CFS-28   *9114656*   NP19182951

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

[blank lines]

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident